1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL E. MACKEY,

11          Petitioner,                    2:  10 - cv - 2504 - JAM TJB

12      vs.

13   M. D. BITER,

14          Respondent.              ORDER

15   _____/

16      Petitioner has requested a second extension of time to file objections to the Magistrate

17   Judge's findings and recommendations which was filed on January 12, 2012.  Petitioner was

18   previously granted an extension of time to file objections until March 2, 2012.  Petitioner now

19   seeks a thirty-day extension of time to file his objections.  Based upon the representations made

20   and only for this request, it is determined that good cause has been shown, and the request is

21   granted.  Petitioner shall be given until April 2, 2012 to file his objections.  Petitioner is advised,

22   however, that no further extensions of time will be granted, except for verified and extraordinary

23   good cause shown.

24      Accordingly, IT IS HEREBY ORDERED that:

25      1.      Petitioner's request (Dkt. No. 24) for an extension of time to file objections to the

26              Magistrate Judge's findings and recommendations is GRANTED; and

                                            1

2.     Petitioner shall have until April 2, 2012 to file objections to the findings and
recommendations.

DATED:  March 21, 2012

_____
TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE

2