IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL E. MACKEY,

    Petitioner,                   2: 10 - cv - 2504 - JAM TJB

    vs.

M. D. BITER,

    Respondent.                 <u>ORDER</u>

_____/

    Petitioner has requested a second extension of time to file objections to the Magistrate Judge's findings and recommendations which was filed on January 12, 2012. Petitioner was previously granted an extension of time to file objections until March 2, 2012. Petitioner now seeks a thirty-day extension of time to file his objections. Based upon the representations made and only for this request, it is determined that good cause has been shown, and the request is granted. Petitioner shall be given until April 2, 2012 to file his objections. Petitioner is advised, however, that no further extensions of time will be granted, except for verified and extraordinary good cause shown.

    Accordingly, IT IS HEREBY ORDERED that:

    1.    Petitioner's request (Dkt. No. 24) for an extension of time to file objections to the Magistrate Judge's findings and recommendations is GRANTED; and

1

2. Petitioner shall have until April 2, 2012 to file objections to the findings and recommendations.

DATED: March 21, 2012

TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE